```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
BENJAMIN MINA, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:09-CR-0108 EFB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO SUPPRESS AND EXCLUDING TIME |
| v. ) | |
| BENJAMIN MINA, JR., ) | DATE:   April 19, 2010 |
| Defendant. ) | TIME:   10:00 a.m. |
| _____) | COURT:  Hon. Edmund F. Brennan |

## Stipulation

The parties stipulate, through undersigned counsel, that the hearing on the motion to suppress evidence, currently set for Monday, April 19, 2010, at 10:00 a.m., shall be continued to May 24, 2010, at 10:00 a.m., and stipulate that the time beginning April 19, 2010, and extending through May 24, 2010, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

A law enforcement officer from the United States Forest Service, who the defense intends to subpoena to the hearing in this matter, is presently on medical leave.  In addition, on the date currently set for the evidentiary hearing in this matter, counsel for defendant is expected to be in jury trial in the Superior Court of the State of California, County of Sacramento (People vs. Beverly, et. al.,

1 | 08F09954).

2 | Accordingly, the parties believe that the continuance should be
3 | excluded from the calculation of time under the Speedy Trial Act
4 | pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.  Furthermore,
5 | the additional time is necessary to ensure effective preparation,
6 | taking into account the exercise of due diligence, as well as to
7 | ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv);
8 | Local Code T4.  The interests of justice served by granting this
9 | continuance outweigh the best interests of the public and the
10 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

11 | The prosecutor has authorized the defense attorney to sign on his
12 | behalf.

14 | DATED: April 13, 2010                Benjamin Wagoner
                                         United States Attorney

16 |                               by   /s/ Matthew Stegman
                                         Matthew Stegman
17 |                                      Assistant U.S. Attorney

18 | DATED: April 13, 2010
                                    by   /s/ Scott Cameron
19 |                                      Scott Cameron
                                         Counsel for:
20 |                                      Benjamin Mina, Jr.

**ORDER**

The hearing on the motion to suppress evidence in case number 2:09-CR-0108 EFB, currently set for Monday, April 19, 2010, at 10:00 a.m., is continued to Monday, May 24, 2010, at 10:00 a.m., and the time beginning April 19, 2010, and extending through May 24, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: April 14, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE