BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2936

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-0108 EFB |
| | ) | |
| Plaintiff, | ) | Stipulation and Order to |
| | ) | Continue Evidentiary Hearing |
| v. | ) | |
| | ) | Date: May 24, 2010 |
| BENJAMIN M. MINA, JR. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |

It is hereby stipulated and agreed between the United States and the defendant, BENJAMIN M. MINA, JR., by and through his undersigned counsel, that the previously scheduled evidentiary hearing date of May 24, 2010, be vacated and an evidentiary hearing be set for June 28, 2010 at 10:00 a.m.

This continuance is requested to allow the government and defense further time to prepare for the evidentiary hearing. Additionally, a government witness is unavailable to testify on May 24, 2010.

///

///

///

1

The parties agree that time may continue to be excluded to June 28, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), also known as Local Code T4, reasonable time to prepare.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED: May 5, 2010                     BENJAMIN B. WAGNER
                                       United States Attorney


                                 By:   /s/ Michael Anderson for
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney


DATED: May 5, 2010


                                 By:   /s/ Scott N. Cameron
                                       SCOTT N. CAMERON
                                       Attorney for Defendant
                                       BENJAMIN B. MINA, JR.


                           O R D E R

SO ORDERED.

DATED: May 6, 2010        _____
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

2