```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-09-00108 EFB |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS AND ORDER |
| v. ) | |
| BENJAMIN M. MINA, JR., ) | DATE: July 19, 2010 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____ ) | JUDGE: Hon. Edmund F. Brennan |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Cr. No. S-09-00108 EFB.

Dated: July 16, 2010                             BENJAMIN B. WAGNER
                                                 United States Attorney

                                             By: /s/ Matthew C. Stegman
                                                 MATTHEW C. STEGMAN
                                                 Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED:

DATED: July 16, 2010

_____           /s/ Edmund F. Brennan
                                 HON. EDMUND F. BRENNAN
                                 United States Magistrate Judge